IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCO BARRAGAN, | : | Civil Action No. 4:13-CV-0715 |
| Petitioner, | : | (Judge Brann) |
| v. | : | |
| ERIC HOLDER, *Attorney General of the United States*, MARY SABOL, *Warden of York County Prison*, | : | |
| | : | (Magistrate Judge Blewitt) |
| Respondents. | : | |

# ORDER

July 16, 2013

## BACKGROUND:

The undersigned has given full and independent consideration to the June 28, 2013 report and recommendation of Magistrate Judge Thomas M. Blewitt. ECF No. 6. No objections have been filed

Because this Court agrees with Judge Blewitt's analysis, the Court will not rehash the sound reasoning of the magistrate judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

1. United States Magistrate Judge Thomas M. Blewitt's June 28, 2013 Report and Recommendation is ADOPTED in full. ECF No. 6.

2. The Petition for Writ of Habeas Corpus is DENIED as moot. (ECF No. 1).

3. There is no basis for a certificate of appealabiltiy.

4. The clerk is directed to close the case file.

BY THE COURT:

   s/ Matthew W. Brann
Matthew W. Brann
United States District Judge